**No. 51862.**—Van Raalte Co., Inc., et al. *v.* United States, protests 758294–G, etc. (New York).

Opinion by KINCHELOE, J.    It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).    The claim of the plaintiffs was therefore sustained.

**No. 51863.**—Manne & Weill et al. *v.* United States, protests 666805–G, etc. (New York).

Opinion by KINCHELOE, J.    It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).    The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 51864.**—Manne & Weill et al. *v.* United States, protests 691504–G, etc. (New York).

Opinion by KINCHELOE, J.    It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).    The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 51865.**—Merrill Clark & Meinig, Inc. *v.* United States, protests 906647–G, etc. (New York).